SUSAN M. BROCK *v.* TOWN OF SOUTH WINDSOR

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Charles A. Graham,* in support of the petition.

Submitted May 2—decided May 15, 1978

EDWARD HOLUB ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF BETHEL ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied by the court.

*Roderick J. MacKenzie, Jr.,* in support of the petition.

*Stephen C. Gallagher,* in opposition.

Submitted May 2—decided May 15, 1978

STATE OF CONNECTICUT *v.* DINO GHILONI

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Richard Emanuel,* assistant public defender, in support of the petition.

*John H. Durham,* assistant prosecuting attorney, in opposition.